# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA



James L. Corpening, Jr.
Chief U.S. Probation Officer

310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
919-861-8665
Fax: 919-861-5555

**DATE:** March 19, 2018

**FROM:** Erica W. Foy
U.S. Probation Officer

**SUBJECT:** HOOKER, Derek
Case No.: 5:12-CR-317-1BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On April 30, 2014, pursuant to a guilty plea to Conspiracy to Commit Wire Fraud, Derek Hooker appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 5 years probation.

He has performed satisfactorily on supervision. He has submitted to DNA testing and all drug test have been negative. The defendant was ordered to pay restitution in the amount of $425,555.04. To date, he has paid $11,435.00 and still owes $414,220.04. During supervision, he has made regular monthly payments in the amount of $250.00. He has been on low intensity supervision since November 2016. His probation is set to expire on April 29, 2019.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and they object to the early termination request as the defendant has not paid at least half of the restitution. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____
Terrence W. Boyle,
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

    v.                                                       **Crim. No. 5:12-CR-317-1BO**

**DEREK HOOKER**

On April 30, 2014, the above named was placed on probation for a period of 60 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/Michael C. Brittain  
Michael C. Brittain  
Supervising U.S. Probation Officer

/s/Erica W. Foy  
Erica W. Foy  
U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8665  
Executed On: March 19, 2018

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __19__ day of __March__, 2018.

Terrence W. Boyle  
U.S. District Judge